15829.   COHEN v. CITY OF BRUNSWICK.

BROYLES, C. J.   The filing of a bond conditioned for the personal ap-
pearance of the defendant to abide the final order, judgment, or sen-
tence upon him in the case, unless a proper affidavit in forma pauperis
is filed, is a condition precedent to obtaining a writ of certiorari to
review the judgment of a municipal police court, and the petitioner
must affirmatively show to the court that he has filed such a bond.
This is not affirmatively shown by merely alleging in the petition that
he has "given bond as provided by law."   *Hubert* v. *Thomasville*, 18
*Ga. App.* 756 (90 S. E. 720) ; *Gillespie* v. *Mayor &c. of Macon*, 19 *Ga.
App.* 1 (90 S. E. 970).   Under this ruling and the facts of this case,
the court properly declined to sanction the certiorari.

            *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

                    DECIDED NOVEMBER 13, 1924.

Petition for certiorari; from Glynn superior court—Judge High-
smith.   June 26, 1924.

*J. T. Colson,* for plaintiff in error.